No. 73–848. FUSARI, COMMISSIONER OF LABOR *v.* STEINBERG ET AL. Appeal from D. C. Conn. [Probable

jurisdiction noted, 415 U. S. 912.] Motion of Ellenmae Crow et al. for leave to file a brief as *amici curiae* granted.